## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| **William R Hampe et al** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 10cv3121 |
| | ) |
| **Julie Hamos et al** | ) Chief Judge Ruben Castillo |
| | ) |
| Defendant, | ) |

## ORDER

Motion hearing held on 8/26/15. Plaintiff's motion for rule to show cause and other relief [241] is granted in part and denied in part. Attorney fees are awarded to the plaintiff in the amount of $2,600.

(00:04)


Dated: August 26, 2015            /s/ Chief Judge Ruben Castillo